COHEN, LEDER, MONTALBANO & GROSSMAN, LLC
1700 Galloping Hill Road
Kenilworth, New Jersey 07033
(908) 298-8800
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| TRUCKING EMPLOYEES OF NORTH JERSEY WELFARE FUND, INC. - PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>ANTY TRUCKING, INC.,<br><br>Defendant. | Case No.: 12-cv-05492 (DMC-JAD)<br><br>ORDER FOR ENTRY OF DEFAULT JUDGMENT |

This action was considered, pursuant to Rule 78 of the Federal Rules of Civil Procedure on February 19, 2013 on motion of the Plaintiff for default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff's Complaint was filed on August 31, 2012. The Summons and Complaint were duly served on representatives of Defendant as required by law on September 10, 2013. The Defendant has failed to appear and/or answer the Complaint, and the time to appear in this case and answer Plaintiff's Complaint has expired. It further appears that default was entered by the Clerk against the Defendant on September 22, 2010 and that no proceedings have taken place by Defendant since the entry of its default.

The Court having considered the Motion filed, the Affidavits and Certifications that have been filed, and this Court finding that the Plaintiff is entitled to collect the Pension Fund's withdrawal liability assessment with interest, liquidated damages, attorney's fees and costs, and for good cause having been shown; therefore,

IT IS ON THIS __18__ day of __Feb__, 2013

ORDERED that Plaintiff's Motion for the entry of default judgment against Defendant is and the same is hereby granted; and its is further

ORDERED AND ADJUDGED that Judgment is entered in favor of the Plaintiff, Trucking Employees of North Jersey Welfare Fund, Inc. – Pension Fund and against Defendant, Anty Trucking, Inc. in the sum of $1,359,678.20 representing the withdrawal liability assessment, interest, liquidated damages.

_____
HONORABLE DENNIS M. CAVANAUGH